1  DAVID M. GIVEN, CA. STATE BAR NO. 142375
   PHILLIPS, ERLEWINE & GIVEN LLP
2  One Embarcadero Center, Suite 2350
   San Francisco, California 94111
3  Telephone: (415) 398-0900
   Facsimile: (415) 398-0911
4
   JEFFREY K. PRIEST
5  PRIEST LAW OFFICE, P.A.
   10 South Fifth Street
6  Minneapolis, Minnesota 55402
   Telephone: (612) 305-4332
7  Facsimile: (415) 305-4333

8  Attorneys For Plaintiff

FILED

OCT - 6 2005

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing
10/6/05

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBS RADIO, INC., a Minnesota corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUNDSTARTS, INC., a California corporation;<br>DONALD ROBERT MARTIN BOYS, an individual,<br><br>    Defendants. | No. 5:05 CV 02686RMW<br><br>STIPULATION AND ~~PROPOSED~~<br>ORDER DISMISSING ACTION WITH<br>PREJUDICE AND WITHOUT COST<br>TO ANY PARTY |

WHEREAS Plaintiff NBS Radio, Inc. and Defendants Soundstarts, Inc. and Donald Robert Martin Boys have executed a settlement agreement terminating this matter on terms agreeable to all parties; now wherefore the parties, by and through their undersigned counsel, hereby stipulate as follows:

1. All prior orders are vacated;

\CEP\655170.1
01-080705-14629001                    STIPULATION AND ~~PROPOSED~~ ORDER                              -1-

2. This action is dismissed with prejudice and without cost to any party.

Dated: August 16, 2005

PRIEST LAW OFFICE, P.A.

By: _____
JEFFREY K. PRIEST
ATTORNEY FOR PLAINTIFF NBS RADIO, INC.

Dated: August 15, 2005

BERLINER COHEN

By: _____
JOSEPH E. DWORAK
CHRISTIAN E. PICONE
ATTORNEY FOR DEFENDANTS SOUNDSTARTS, INC. AND DONALD ROBERT MARTIN BOYS
Ten Almaden Boulevard, Suite 1100
San Jose, California 95113-2233
Telephone: (408) 286-5800
Facsimile: (408) 998-5388

For good cause shown, the Stipulation is approved, and it is so ordered:

Dated: OCT. 6, 2005

_____
HONORABLE RONALD M. WHYTE
JUDGE OF THE DISTRICT COURT

\CEP\656170.1
01-080705-14828301

STIPULATION AND PROPOSED ORDER

-2-